1
2
3
4
5                                                    E-FILED 01/09/12
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  PACIFIC SHORES HOSPITAL,          CASE NO. CV 10 5828 PSG (CWx)
    Assignee of Ann Knutson,
12                                    [~~PROPOSED~~] JUDGMENT
            Plaintiff,
13                                    [Assigned to the Hon. Philip S.
       v.                             Gutierrez]
14
    UNITED BEHAVIORAL                 Judge:        Philip S. Gutierrez
15  HEALTH; WELLS FARGO &             Trial Date:   December 13, 2011
    COMPANY HEALTH PLAN,              Time:         9:00 a.m.
16                                    Courtroom:    880
            Defendant.
17
18

19        This cause came before the Court in a bench trial held before the Honorable

20  Philip S. Gutierrez on December 13, 2011. Lisa S. Kantor and Elizabeth K. Green

21  of the law firm of Kantor & Kantor appeared on behalf of Plaintiff Pacific Shores

22  Hospital, Assignee of Ann Knutson. Robert C. Bohner of the law firm of

23  Sedgwick LLP appeared on behalf of Defendants United Behavioral Health and

24  Wells Fargo & Company Health Plan.

25        The Court, having conducted a bench trial and taken the matter under

26  submission, and after consideration of the trial briefing and authorities filed by the

27  parties, the argument of counsel and the admissible evidence set forth in the

28  documents filed with the district court in Case No. CV 10-5828 PSG (CWx) and

1   all records and pleadings on file therein, issued its Civil Minute Order dated

2   December 19, 2011 finding for Defendants United Behavioral Health and Wells

3   Fargo & Company Health Plan.

4       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that

5   judgment is entered in favor of Defendants United Behavioral Health and Wells

6   Fargo & Company Health Plan and against Plaintiff Pacific Shores Hospital,

7   Assignee of Ann Knutson, on each claim presented in this action. Plaintiff Pacific

8   Shores Hospital, Assignee of Ann Knutson, shall take nothing against Defendants

9   United Behavioral Health and Wells Fargo Health Plan. The Court further orders

10  that Defendants United Behavioral Health and Wells Fargo Health Plan be

11  awarded their costs of this action; and be allowed to seek a recovery of their

12  attorneys fees as prevailing parties, pursuant to 29 U.S.C. § 1132(g) (1) in a sum

13  to be determined by post-trial motion.

14

15

16  DATED:  _____01/09_____, 2012          **PHILIP S. GUTIERREZ**

17                                          Philip S. Gutierrez
                                            United States District Judge
18

19

20

21

22

23

24

25

26

27

28